# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 26, 2020

## NO. 03-18-00598-CV

**Thomas G. Kilgore, Appellant**

**v.**

**City of Lakeway, Texas, and Sandy Cox, Ron Massa, Bridge Bertram, Dwight Haley, Steve Smith, and Keith Trecker, in their Official Capacities, Appellees**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the final order signed by the trial court on August 31, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.